VELMA JEAN RICHARDS, Plaintiff,

v.

BRITISH PETROLEUM, BP, et al.,

Cameron International, et al.,

Transocean, et al., Halliburton, et al.;

Gulf Coast Claims Facility, et al., Defendants.

11-1096

SECT. J MAG. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

CLAIMS OF THEFT OF INTELLECTUAL
 PROPERTY.

1. My name is Velma Jean Richards. I'm a native Alabamian. I was born at Maxwell Air Force Base Hospital in Montgomery, Alabama on July 3, 1954, while my father was in the Korean War. I'm a Disable American. I live at 305 West 72nd Street, apartment 11C, New York, New York 10023.

2. I first called and started (ART) form on May 29, 2010. I informed BP-Horizon at the time per telephone conversation of my proposal to stop leak. I was sent a link to my email address from BP-Horizon, which stated. Velma Richards, thank you for your inquiry. We appreciate your concern and willingness to help. Please complete the form located at http://www.horizonedocs.com/artform.php with as much detail as possible.
This will allow us to quickly and accurately collect your information so that we can forward it to the appropriate technical reviewer. Once your information has been analyzed, we will contact you with the result of the review. We are currently implementing tactics to both control the source of the leak and the resulting spill.
I linked onto an Alternate Response Technology (ART) form, that I filled out and submitted. see attached hard copy.

2. May 29, 2010. The first (ART) form proposal (Source) I stated, to plug the leak, like you would a tire - using natural material such as algae, coral, plants and material from the Gulf of Mexico or a combination.

3. June 2, 2010. The second (ART) form proposal (Source)- I stated, try putting a giant plunger (like bathroom plunger) on the well, one that adhered to the sides of the well and the center plunger i.e plugged can retrieve the oil. Leave center part hollow to put a containment valve.

4. June 3, 2010. The third (ART) form proposal (Spill)- I stated, clean up spill try a vinegar solution(one part vinegar to six part water) vinegar is ph balancing. In some instances, two part vinegar to five part water and so on, depending on what is needed to break oil up.(Please note: Vinegar Solution

Homogeneous mixture that eats microbes. It is yeast and acetobacter(acetic acid). It is anti- microbe. That's what clean-up the oil in Gulf of Mexico(Seas).
Vinegar is a sour wine, and has a drying effect, if too much is used.
I think, the dolphin received too much vinegar(sour wine), causing stillborn calf to be drunk. My proposal was a vinegar solution that's environment friendly to nature, which I've stated. This is a composition of matter- Intellectual property as well as.

5. June 4, 2010. The fourth (ART) form proposal (Spill)- I stated, BP image. America is a spiritual country- try using terms that are spiritual to inspire confidence and respect for the American people. Example: The legacy of the southern states in America is a genteel society, whom appreciates good manners and good taste. In our common backgrounds we both share this spirit. Let us move forward as Good Samaritian.

6. June 6, 2010. I observed media pictures of my (ART) proposal #2, a giant plunger device, which was used by BP to contain the oil flow source. I telephone BP, that same day regarding my proposal that they were now using. I was told, someone would get in touch with me, regarding my proposal.
Before my proposal, BP had put a cofferdome, that floated away from the wellsite.

7. On June 12, 2010, I received four email from BP- horizonsupport@oegllc.com  in response to my June 6, 2010, telephone inquiry to BP. The emails all stated the following. Velma richards, we appreciate you submitting your a Alternative Response Technology (ART) proposal to the Horizon Support Team. This note is to inform you that we do have your information on record and will be processing it as soon as possible. You will be informed of the disposition of your recommendation following technical review. Thank you! Horizon Support Team. see attachment hard copy .

8. June 13, 2010. The fifth (ART) proposal- Suggestions for oil spill in the Gulf of Mexico. Emailed to BP. horizonsupport@oegllc.com
- Ask the United States of America, if they have a large tanker, that BP can use from Norfolk, Virginia- the largest naval fleet base in the world.
- Borrow larger tanker from competition that's near, the Gulf.
- The riser pipe, needed to be cut with giant scissors first to get rid of zigzagged edges and then second smooth with diamond blade. This would give a snug containment cap fit with any new cap.
- Present plans to American government and it's people- not as a older experience brother, but as a shared interested part in making things in the Gulf and surrounding States- whole again. Example- we can all learn from each other.
- Contain the oil, immediately clean up the Gulf and the States. This is a positive image for BP.  see attached hard copy.

9. June 15, 2010. The sixth (ART) proposal- How to temporarily stop BP- Horizon oil well in Gulf and resuming the flow at will. Oil flow at will. Emailed to BP. horizonsupport@oegllc.com
- I've already fill out and sent you a (ART) form and suggestions by email. Previously to use a giant plunger i. e. Plugged that adhered to the sides of the well to retrieve oil.

- To temporarily stop oil flow, try a hinged that made of plastic for cork, brass (or some other metal) and a rubber seal. Should be able to close and open at will. Try this on top of containment cap. see attached hard copy.

10. I have received replies from BP-Horizon, regarding Submission on June 12, 18, 19, 21, 22, 2010. see attached hard copy.

11. On Friday June 18, 2010, I spoke to someone in Mr. Feinberg office: if you are the attorney designated for the BP oil spill by President O'bama. I was informed "yes". I explained to some degree my situation. I was told you will review my email communication to BP- Horizon and advise me about legality. I sent a total of (8)eight emails to your email address.
I'm looking for a intellectual property attorney, case involving British Petroleum-Horizon Deepwater Unified. Emailed to KFEINBERG@FEINBERGROZEN.COM. see attached hard copy.

12. July 18, 2010. The seventh (ART) proposal was email to KFEINBERG@FEINBERG.com
Mr. Feinberg,
- How BP- Horizon can complete the oil retrieving system from the seas. Mr. Feinberg, I understand how busy you are. I trust in the final analysis you will help me, on how to proceed legally with my Intellectual property involving BP- Horizon. Anyone that knows me understands, I try to do things in the complete. ART proposal seven is a smooth transition from Containment, Corking, and Siphoning to Ships. If they try on the side of Cork- drill a hole into. Siphon oil from the side to, complete the OIL RETRIEVING SYSTEM FROM THE SEAS. see attached hard copy.

13. July 28, 2010. Emailed to KFEINBERG@FEINBERGROZEN.COM
- Want to go over, some figures with you, for BP- Horizon claim.
- I trust you, on how to proceed, to get a offer from the other major oil companies. If you can't arbitrate and mediate with BP- Horizon.
- Ask BP- Horizon to cease and desist from using my ideas- intellectual property. see attached hard copy.

14. On numerous occasion I called Mr. Feinberg Office in Washington, DC..  Mary Anna Tabol, who works at Mr. Feinberg office, and I spoke to her, numerous times. Ms. Tabol told me that Mr. Feinberg gets all his emails and we have your claim. I also spoke to several other people at Mr. Feinberg office from June 18, 2010 up to and after August 20, 2010. I emailed, KFEINBERG@FEINBERGROSEN.COM - June 18, 20, 2010. July 15, 18, 21, 28, 2010. August 4, 7, 2010. and October 29, 2010. see attached hard copy.

15. July 12, 2010. Emailed Americanvoices@mail.house.gov. Congresswoman Nancy Pelosi office, about my submission to BP for Intellectual Property claim.
Privacy Act Statement- Submissions
- A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record. see attached hard copy.

16. August 20, 2010. I received a email from Mr. Feinberg office- Ms. Tabol, instructions to file my claim with the Gulf Coast Claims Facility(GCCF). This was

the first time I was instructed to file my claim this way, thru GCCF by Mr. Feinberg office, after months of communication with them. see attached hard copy.

16. Around the time of August 2010, at first Mr. Feinberg stated in public, that he was Independent from BP and was appointed by the government to administer, BP Deepwater Disaster Compensation Fund. Subsequently, the beginning of this year 2011, Mr. Feinberg has admitted that he works for BP statutory obligations (adverse possession) my case law for claim sent to them on August 23, 25, 2010. see attached hard copy.

17. I sent Mr. Feinberg, my information regarding my intellectual property. Mr. Feinberg should have disclosed to me, he worked for BP on June 18, 2010, when I first contacted his office.

18. August 23, 25, 2010. I filed with GCCF- claim #1151644, by email. I filed a claim for Intellectual Property (Personal Property) Lost Profit, Royalties. In my GCCF claim, I selected Final Payment Claim. I included Emergency Advanced Payment with case law, I submitted with my claim to GCCF. see attached hard copy.

19. November 1, 2010. My GCCF Info. Claimant Status Claimant ID- 1151644 Claim status- claim form and documents received.
Explanation- see specific status for each claim.
Claim Status

| Claim ID | Claim Type |
|---|---|
| 16624 | Real Property |
| 16625 | Personal Property |
| 16931 | Personal Property |
| 16625 | Personal Property |

see attached hard copy.

20. November 1, 2010. I filed a Provisional Patent Application with United States Patent and Trademark Office. My Specification where included on January 18, 2011, for a Patent Pending #61408961, from USPTO. I was advised by USPTO, I have six months from January 18, 2011 for a foreign application. I was told, submit your drawing to complete your non- provisional Utility Patent within one year of due date January 18, 2012, to keep Patent Pending status.
see attached hard copy.

21. Letter dated January 26, 2011. From Gulf Coast Claims Facility(GCCF) Re: Receipt of Full Review Final Payment Claim Form Claimant Identification Number:01151644. GCCF- consulting expert economists and scientists.  see attached hard copy.

22. Monday February 07, 2011, my reply to GCCF.
- OIL RETRIVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY,
INTERNATIONAL(DEVICE)- This is my plan/ Intellectual Property is a RIG as well as.
-Ask the economist the price for a floating offshore RiG and also Anti- microbial mixture for oil clean-up in the seas and surrounding area.
-I claim and specify that this Machine, Trademark and Process differs from previous Patent and Technology Device/Intellectual Property. see attached hard copy.

23. January 31, 2011. The 2010- Letter. My email to GCCF, March 16, 2011. Please note GCCF didn't provide me with a statement from 2010. Any other income that I have, not involving British Petroleum- (BP) is my business. Please forward statements from my Intellectual Property Income. Re: Compensatory, Royalties, Lost Profits, Interests, Punitive Damages and any other income due me.  see attached hard copy.

24. March 15, 2011. My GCCF Claim Info.
Claimant Status
Claim Information
Emergency Advance Payment
Claim Status
Claim ID- 16624
Claim Type- Real Property
Claim Status- Final Payment Claim
Explanation- The Claimant Submitted a Final Payment Claim.
Claim ID- 9015347
Claim Type- Full Review Final Claim
Claim Status- Received
see attached hard copy.

24. March 17, 2011. My email to GCCF, for Full Review Payment Claims- Documents supporting future damages. BP is keeping (PDF) files on me and refuses to let me see them.
-chap11. pdf 53KB
-download. pdf 575KB
-final claim. pdf 103KB
-GCCF letter 1pdf 35KB
-JEL Draft 73_ with abstra... 183KB
-New York. pdf 4MB
-pb060. pdf 602KB
-summary. pdf 35KB
-view letter. pdf 157KB

Mr. Feinberg is a Special Master- These are his duties of calculation and analysis. I have received no financial statement from British Petroleum- BP.

This is as per your documents:
Claimants who submit a Full Review Final Claim Form (may) submit documents that support any amount claimed as future damages as a result of the Spill, including documents demonstrating the manner in which such future damages have been calculated, the period of time for which they are claimed, and any expert reports or other analysis on which the calculation is based. see attached hard copy.

25. April 12, 2011. My GCCF Info.
Claimant Information
Claim Status
Claim ID- 16624
Claim Type- Real Property
Claim Status- Final Payment Claim
Explanation- The claimant submitted a Final Payment Claim.

Claim ID- 9015347
Claim Type- Final Payment Offer
Claim Status- Full Review Final Claim Under Review.
see attached hard copy.

Plaintiff alleges the Defendants Tacit Plans- are for the Historical and Systematic Theft of Intellectual Property Globally.

United Kingdom- Cambridge Journals.

1. Trade Marks and Brands.

2. International Journal of Cultural.
 Property.

3. The Export Licensing Rules in the United Kingdom and the Waverly Criteria.

4. The Native American Graves Protection and Repatriation Act.

5. Cultural Heritage or Cultural Property?

6. The UNIDROIT Draft Convention on the International Protection of Cultural Property.

7. The Trade in Cypriot Antiquities in London.

8. Snettisham Revisited.

9. Chronicles- September 1991- March 1992.
10. Scheduling Monuments: The Rose Theatre Case.

11. Guggenheim v. Lubell.

12. The God that Won.

13. Not a Question of Art: Regina v. Gibson Regina v. Sylveire.

14. Movables and Immovables as Viewed by the law.

15. Maois Claim Head.

16. Report 1: Canada's Proposed Archaeological Heritage Protection Act.

17. Report 2: New Treasure Trove Law in the Netherlands.

18. Report 3: The Native American Graves Protection and Repatriation Act.

19. Free Movement of 9ultural Goods and the European Community: Part 2.

20. Treasure Trove in the Netherlands: Article 13 of Book 5 of the New Dutch Civil Code.

21. Commission: Proposal for a Council Regulation (EEC) on the Export of Cultural Goods.


1. United States Department of Justice Office Programs Bureau of Justice Statistics. www.ojp.usdoj.gov/bjs/abstract/ipto2.htm
Intellectual Property Theft 2002 By Mark Motivans, Ph.D BJS Statistician This case received national media attention(see e.g.

2. Negligent Handling:
 -Negligent advice about Business Opportunities (for the Plaintiff).
 -Negligent handling of a corporate squeeze out/Intellectual Property (for the Plaintiff).
 -Citadel v. Teza Technologies October 2009.
 -Intentional spoliation of evidence.
 -U.S. District Court, District of Colorado: The Dutch and English Companies in suit alleging that companies wrongfully used Plaintiff's confidential information to obtain extremely valuable oil and gas development rights.
 -The negligent spoliation of evidence interferes with a criminal Defendants Constitutional rights.
3. Waverly Criteria:
 -It is so closely connected with our history and national life that its departure would be a misfortune?
 -It is of outstanding aesthetic importance?
 -It is of outstanding significance for the study of some particular branch of art, learning or history?
 -The worst Oil spill, in American History.
 -The inventor of Oil Retrieving System- patent pending # that contained the oil flow is a native Alabamian from the Gulf Coast area. My father took me fishing as a child to Pensacola, Fla. I have fun memories of those experience. This is somehow lost in translation of the Oil Disaster, to the American people in the Gulf by Defendants.

The American Government is the way, the ART, Plaintiff submitted to British Petroleum can be retained in the country.
Illicit Cultural Property.
 -Seventh Circuit Rules Terrorist Victims Attachment Request Against Iran Was Overbroad.
 -Illicit Cultural Property- Export Problems- spoilation, September 26, 2007.



Sent via BlackBerry by AT&T

alleges the negotiator receiving the highest share of Plaintiff ART. Defendant perpetuate a high stake- high risk business- Theft of Intellectual Property Rights.
 The Insurance for invention is up to one BIllion(1,000,000,000)US Dollars. Plaintiff ART has been in the possession of BP since May 29, 2010, who integrated it with the OIL Industry.
Case in Point:
BP- Oil well operators.
Transocean- Oil drillers and operates the RIG.
Cameron International- builders of Equipments, i.e., blowout preventers.
Haliburton- cement, and clean- up oil spill.
They are all alleged in Plaintiff- Theft of Intellectual Property. Defendants have exhibited the new technology that stop the Disaster in the Gulf. Plaintiff - OIL RETRIEVING SYSTEM, patent pending#61408961. Plaintiff alleges Defendants each stole parts of Plaintiff ART- invention.

Plaintiff went thru the official Arbitration- GCCF process with the expectation of a swift inexpensive and effective substitute for Judicial dispute resolution. April 20, 2011, will be a year since the BP disaster incident accrued. May 29, 2011 will be a year, since Plaintiff submission of ART Intellectual Property to British Petroleum(BP). GCCF- BP have increased the cost and undermined Arbitration/Mediation, contrary to the purpose of an inexpensive Court litigation. Plaintiff ask the court to make Defendants pay attorney fee also. Their adverse possession reasoning has cause Plaintiff to petition the court for redress. Defendant could have just paid me to end controversy.
 Case law has long protected the rights of the owner whose property has been stolen to recover that property, even if in the possession of a good faith purchaser for value. Plaintiff ask the COURT  to grant Summary Judgment and any other relief Plaintiff is due.

The United States Patent and Trademark Office has granted a reasonable opportunity for individual or foreign governments to receive notice of a foreign application for a patent, and to take action, before their rights are extinguished. Plaintiff can't unreasonably delay making demand upon the person(s) in possession of property. Where a Demand is necessary to entitle a person to commence an action. The shifting of the burden onto a wronged owner is inappropriate. The burden of investigating the provenance of Plaintiff ART. The burden of proving that Plaintiff ART was not stolen property rest with the Defendants.


Plaintiff is a Disable American. Plaintiff will amend claims, if Court ask me to. Plaintiff is a Pro Se, litigant until Plaintiff finds attorney, that is the right fit. Please transfer, if needed to Court Of Claims et cetera

Velma Jean Richards
V.Rich@att.blackberry.net
305 West 72nd Street
New York, NY. 10023
845-337-9254

*Velma Jean Richards* (signature)

TENDERED FOR FILING

MAY - 2 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

8

Velma Jean Richards, Plaintiff,
v.
British Petroleum, BP, et. al.,
Cameron International, et. al.,
Transocean, et. al.,
Halliburton, et. al.,
Gulf Coast Facility, et. al., Defendants,


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

CLAIMS OF THEFT OF INTELLECTUAL
PROPERTY.



AFFIDAVIT, are in date sequence (chain).



Velma Jean Richards
305 West 72nd St.
Apt. 11C
New York, NY. 10023

*Richards* (signature)

TENDERED FOR FILING

MAY -2 2011

U.S. DISTRICT COURT
Eastern District of Louisiana

9

## New York NY 72nd and Broadway

| | |
|---|---|
| From: | v.rich@att.blackberry.net |
| Sent: | Monday, March 28, 2011 9:45 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: BP and Russia's Rosneft in share swap, Arctic pact | Reuters.com |

------Original Message------
To: Americanvoices@mail.house.gov
Subject: BP and Russia's Rosneft in share swap, Arctic pact | Reuters.com
Sent: Jan 17, 2011 11:07 AM

To: Congress
cc: Congressman Edward Markey.
cc: Congressman Michael Burgess.

I'm requesting your assistance.
I have a claim #1151644 against British Petroleum BP- Horizon at Gulf Coast Claim Facility.
The submissions for Intellectual Property and Infringement.
I also have a application#61408961, at the United States Patent and Trademark Office. Please examine my submission to BP- Horizon, related to technology of Oil RETRIVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL (DEVICE).

Privacy Act :
A record in the system of records may be disclosed, as routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

I'm a Disable American requesting your assistance, with the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty as well as. Please see attached e-mail.

BP is seen filling a skill and technology gap for, Rosneft as it seek to develop the Arctic region.

Please make a market assessment, and forecast of what my Intellectual Property might be able to generate given the circumstances. A competitive analysis(not one percent) of final value indication.

http://us.mobile.reuters.com/article/topNews/idUSTRE70D5S420110115?ca=cng

Thank You,
Velma Jean Richards


Sent via BlackBerry by AT&T

1